## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

ESDRAS RODRIGUEZ
      v.
CITY OF CHICAGO, a Municipal
Corporation et al.

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, ESDRAS RODRIGUEZ

```
FILED
MAY 23, 2008                    YM
08CV3033
JUDGE ANDERSEN
MAGISTRATE JUDGE VALDEZ
```

| | |
|---|---|
| NAME (Type or print)<br>Patrick J. Walsh | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Patrick J. Walsh | |
| FIRM<br>Elliot R. Zinger & Associates | |
| STREET ADDRESS<br>10 South LaSalle Street, Suite 1420 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6287629 | TELEPHONE NUMBER<br>(312) 782-9464 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐