# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Esdras Rodriguez

                Plaintiff,

v.                                                          Case No.: 1:08−cv−03033
                                                      Honorable Wayne R. Andersen

City of Chicago, et al.

                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Maria Valdez for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: June 23, 2008

                                                                                /s/ Wayne R. Andersen

                                                                             United States District Judge