IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEASTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ESDRAS RODRIGUEZ | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-cv-3033 |
| | ) | |
| CITY OF CHICAGO, a Municipal Corporation; and CHICAGO POLICE OFFICERS GARZA, STAR # 14970, VLCANSKY, STAR # 16518, and HABIAK, STAR # 8058 | ) ) ) ) ) | Judge Anderson  Magistrate Judge Valdez |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT STATUS REPORT

1.   *Claims Asserted:*

Plaintiff alleges that he has permanent eye damage as a result of being physically assaulted by Chicago Police Officers without cause and in violation of 42 U.S.C. § 1983. He also asserts common law claims of false arrest, battery and malicious prosecution. The Defendants deny the allegations. No counterclaims or third party complaints have been filed at this time.

2.   *Relief Sought:*

Plaintiff seeks monetary relief in the form of compensatory damages, attorneys' fees, consequential damages, punitive damages and cost of suit. Plaintiff estimates, upon information and belief, that his current related medical bills total over $6000.00.

3.   *Matter Referred to Magistrate:*

This cause was referred to Judge Valdez' calendar for the purpose of holding proceedings related to discovery supervision.

4. *Status of Briefing:*

No briefing is associated with the instant referral. Defendants may anticipate filing a Summary Judgment Motion predicated upon later discovery issued in this matter. Defendants are still awaiting service of summons on the Offficers and verification of the same.

5. *Discovery Status:*

No discovery has been completed in this matter. Plaintiff filed his complaint on May 23, 2008. Defendants expect to file their answer or otherwise plead by August 25, 2008.

6. The parties do not consent to trial before a magistrate judge at this time.

7. No dates or deadlines have been established in this matter.

8. The parties have not discussed settlement at this time.

Respectfully submitted,

| ELLIOT R. ZINGER & ASSOCIATES | HARTIGAN & O'CONNOR |
|---|---|
| By: /s/Patrick J. Walsh | By: /s/ Russell Hartigan |
| Patrick J. Walsh, Esq. | Russell W. Hartigan, Esq. |
| One of Plaintiff's Attorneys | One of Defendants' Attorneys |

Elliot R. Zinger, Esq.
Patrick J. Walsh, Esq.
ELLIOT R. Z1NGER & ASSOCIATES
10 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 782-9464
Atty. No. 6287629

Russell W. Hartigan, Esq.
HARTIGAN & O'CONNOR
20 South Clark Street, Suite 1250
Chicago, Illinois 60602
(312)201-8880
Atty. No. 01144642