IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEASTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ESDRAS RODRIGUEZ | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-cv-3033 |
| | ) | |
| CITY OF CHICAGO, a Municipal | ) | Judge Anderson |
| Corporation; and CHICAGO POLICE | ) | |
| OFFICERS GARZA, STAR # 14970, | ) | Magistrate Judge Valdez |
| VLCANSKY, STAR # 16518, and | ) | |
| HABIAK, STAR # 8058 | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

To:  Russell W. Hartigan, Esq.
    HARTIGAN & O'CONNOR
    20 South Clark Street, Suite 1250
    Chicago, Illinois 60602

## NOTICE OF FILING

Please be advised that on August 7, 2008 the undersigned filed the attached Joint Status Report with the United States District Court for the Northeastern District, Eastern Division, located at 219 S. Dearborn, Chicago, IL, via electronic filing.

　　　　　　　　　　　　　　　　　　　　/s/ Patrick J. Walsh

## CERTIFICATE OF SERVICE

Please be advised that on August 7, 2008 the attached Joint Status Report was served upon the above listed party via electronic filing, facsimile and/or by depositing said Motion in the U.S. Mail at 10 S. LaSalle St., Ste. 1420 Chicago, Illinois 60603.

　　　　　　　　　　　　　　　　　　　　/s/ Patrick J. Walsh

Patrick J. Walsh, Esq.
ELLIOT R. ZINGER & ASSOCIATES
10 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 782-9464
ARDC No. 6287629