08-03-4899                                                                                              ARDC No. 01144642

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **ESDRAS RODRIGUEZ,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No.   08 CV 3033 |
| ) | |
| **CITY OF CHICAGO, a Municipal** ) | Judge Andersen |
| **Corporation; and CHICAGO POLICE** ) | Magistrate Judge Valdez |
| **OFFICERS GARZA, STAR #14970,** ) | |
| **VLCANSKY, STAR #16518, and** ) | |
| **HABIAK, STAR #8058,** ) | |
| ) | |
| **Defendants.** ) | |

## JURY DEMAND

The undersigned, as Attorney for the Defendants, <u>OFFICER GARZA, star #14970, and OFFICER HABIAK, star #14939</u>, demands trial by jury.

/s/Russell W. Hartigan_____
Attorney for Defendant(s)


Russell W. Hartigan
HARTIGAN & O'CONNOR P.C.
20 North Clark Street, Suite 1250
Chicago, IL  60602
(312) 201-8880


I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

/s/Russell W. Hartigan _____
Attorney for Defendant(s)


Michael W. Dobbins, Clerk of the U.S. District Court, Northern District