# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of　　　　　　　　　　　　　　　　　　　　　Case Number:　　08 CV 3033

ESDRAS RODRIGUEZ vs. CITY OF CHICAGO, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

OFFICER VLCANSKY, Star #16518, and CITY OF CHICAGO, a municipal corporation

| | |
|---|---|
| NAME (Type or print) Michael R. Hartigan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/Michael R. Hartigan | |
| FIRM Hartigan & O'Connor P.C. | |
| STREET ADDRESS 20 North Clark Street, Suite 1250 | |
| CITY/STATE/ZIP Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06272365 | TELEPHONE NUMBER 312/201-8880 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐　　NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　　NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X　　NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐　　NO X |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |