08-03-4899                                                          ARDC No. 01144642

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ESDRAS RODRIGUEZ,** | ) | |
| Plaintiff, | ) | |
| v. | ) | No.   08 CV 3033 |
| **CITY OF CHICAGO, a Municipal** | ) | Judge Andersen |
| **Corporation; and CHICAGO POLICE** | ) | Magistrate Judge Valdez |
| **OFFICERS GARZA, STAR #14970,** | ) | |
| **VLCANSKY, STAR #16518, and** | ) | |
| **HABIAK, STAR #8058,** | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

**TO:**   Patrick Joseph Walsh, pw.ezingerlaw@yahoo.com

   PLEASE TAKE NOTICE that on this 13th day of August, 2008, we filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, our APPEARANCE and JURY DEMAND on behalf of Officer Vlcansky and City of Chicago, a Municipal Corporation, copies of which are attached hereto and served upon you.

                                             /s/Russell W. Hartigan_____

**PROOF OF SERVICE BY ELECTRONIC MAIL**

   The undersigned, being first duly sworn on oath, deposes and states that s/he served the above and foregoing Notice, together with a copy of the pleading(s) therein referred to, upon each party to whom it is directed, via electronic mail, on this 13th day of August, 2008.

                                             /s/Russell W. Hartigan_____

SUBSCRIBED and SWORN to before me this 13th day of August, 2008.

_____
Notary Public

Russell W. Hartigan
Patrick H. O'Connor
Michael R. Hartigan
HARTIGAN & O'CONNOR P.C.
20 North Clark Street, Suite 1250
Chicago, IL  60602
(312) 201-8880