08-03-4899                                                                                             ARDC No. 01144642

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **ESDRAS RODRIGUEZ,** ) | |
| **Plaintiff,** ) | |
| v. ) | No.   08 CV 3033 |
| **CITY OF CHICAGO, a Municipal** ) | Judge Andersen |
| **Corporation; and CHICAGO POLICE** ) | Magistrate Judge Valdez |
| **OFFICERS GARZA, STAR #14970,** ) | |
| **VLCANSKY, STAR #16518, and** ) | |
| **HABIAK, STAR #8058,** ) | |
| **Defendants.** ) | |

**NOTICE OF MOTION**

**TO:   Patrick Joseph Walsh,** pw.ezingerlaw@yahoo.com

On the 11th day of September, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Anderson, or any judge sitting in his/her stead, in the Courtroom usually occupied by him/her in Room 1403 of the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois and present our **MOTION TO QUASH SUBPOENA.**

/s/Russell W. Hartigan

**PROOF OF SERVICE BY ELECTRONIC MAIL**

The undersigned, on oath states that s/he served this notice, together with a copy of the motion therein referred to, upon each party to whom it is directed, via electronic mail, on this 4th day of September, 2008.

/s/Russell W. Hartigan

SUBSCRIBED AND SWORN to before me this 4th day of September, 2008.

_____
        Notary Public

Russell W. Hartigan
Patrick H. O′Connor
Michael R. Hartigan
HARTIGAN & O'CONNOR P.C.
20 North Clark Street, Suite 1250
Chicago, Illinois 60602
(312) 201-8880