08-03-4899                                                                ARDC No. 01144642

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ESDRAS RODRIGUEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 08 CV 3033 |
| | ) |
| CITY OF CHICAGO, a Municipal | ) Judge Andersen |
| Corporation; and CHICAGO POLICE | ) Magistrate Judge Valdez |
| OFFICERS GARZA, STAR #14970, | ) |
| VLCANSKY, STAR #16518, and | ) |
| HABIAK, STAR #8058, | ) |
| | ) |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL

THIS CAUSE coming on to be heard by Agreement of the parties, due notice having been served and the Court being fully advised herein.

IT IS HEREBY ORDERED:

1) Plaintiff voluntarily dismisses Officer Garza, Star No. 14970, Officer Vlcansky, Star No. 16518, and Officer Habiak, Star No. 14939, from this case with prejudice; Officer Garza, Star No. 14970, Officer Vlcansky, Star No. 16518, and Officer Habiak, Star No. 14939, are not a party to the settlement agreement between the Plaintiff and the City of Chicago.

2) The City of Chicago is dismissed from this case with prejudice pursuant to the Release And Settlement Agreement filed herewith and, therefore, this case should be dismissed with prejudice and with each party bearing its own costs

and fees in accordance with the terms of the Release And Settlement Agreement and the Stipulation to Dismissal.

_____, 20_____
ENTER:

_____
J U D G E

Atty No.   44357
Name   HARTIGAN & O'CONNOR P.C.
Attorney for   Defendants
Address   20 North Clark Street, Suite 1250
City   Chicago
Telephone   (312) 201-8880

**MICHAEL W. DOBBINS, CLERK OF THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF IL**