08-03-4899                                    ARDC No. 01144642

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ESDRAS RODRIGUEZ, | ) |
|         Plaintiff, | ) |
| v. | ) No. 08 CV 3033 |
| CITY OF CHICAGO, a Municipal Corporation; and CHICAGO POLICE OFFICERS GARZA, STAR #14970, VLCANSKY, STAR #16518, and HABIAK, STAR #8058, | ) Judge Andersen<br>) Magistrate Judge Valdez |
|         Defendants. | ) |

### STIPULATION TO DISMISS

IT IS HEREBY stipulated and agreed by and through all parties to the above-entitled action, through their respective attorneys, that:

1. Plaintiff voluntarily dismisses Officer Garza, Star No. 14970, Officer Vlcansky, Star No. 16518, and Officer Habiak, Star No. 14939, with prejudice; Officer Garza, Star No. 14970, Officer Vlcansky, Star No. 16518, and Officer Habiak, Star No. 14939, are not a party to the settlement agreement between the Plaintiff and the City of Chicago.

2. The City of Chicago is dismissed from this case with prejudice pursuant to the Release And Settlement Agreement filed herewith and, therefore, this case should be dismissed with prejudice and with each party bearing its own costs and fees in accordance with the terms of the Release And Settlement Agreement and the Agreed Order of Dismissal.

_____            _____
Attorney for Plaintiff                                       Attorney for Defendants
Patrick J. Walsh                                              Russell W. Hartigan
Elliot R. Zinger & Associates                          Hartigan & O'Connor P.C.
10 S. LaSalle St., Suite 1420                         20 North Clark Street, Suite 1250
Chicago, IL 60603                                         Chicago, Illinois 60602


Dated: _7/1/10_____

Russell W. Hartigan
Patrick H. O´Connor
Michael R. Hartigan
HARTIGAN & O'CONNOR P.C.
20 North Clark Street
Suite 1250
Chicago, Illinois 60602
(312) 201-8880